IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| UNILOC USA, INC. ET AL, | § | |
|---|---|---|
| | § | |
| Plaintiffs, | § | |
| | § | No. 2:17-CV-00736-JRG-RSP |
| v. | § | |
| | § | |
| HUAWEI DEVICE USA, INC. ET AL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants' Objections (Dkt. No. 75) to Magistrate Judge Payne's Report and Recommendation (Dkt. No. 72), which recommended the denial of Defendants' Motion to Dismiss (Dkt. No. 32). After reviewing Magistrate Judge Payne's Report and Recommendation and the objections made by Defendants, the undersigned overrules the Defendants' objections and adopts Judge Payne's Report and Recommendation. Defendants' Motion to Dismiss (Dkt. No. 32) is therefore denied.

**So ORDERED and SIGNED this 7th day of January, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE