# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| UNILOC USA, INC. ET AL, § § <br> Plaintiffs, § § § Case No. 2:17-cv-00736-JRG-RSP <br> v. § § § <br> HUAWEI DEVICE USA, INC. ET AL, § § § <br> Defendants. § | |

## ORDER

The Court notes that Plaintiffs Uniloc 2017 LLC, Uniloc Luxembourg, S.A., and Uniloc USA, Inc. filed a Notice of Voluntary Dismissal (Dkt. No. 78), which seeks to voluntarily dismiss the case against all Defendants under Fed. R. Civ. P. 41(a)(1)(A)(i). The Court notes that no answer or motion for summary judgment has been filed. Accordingly, Plaintiffs' may properly dismiss this case voluntarily. It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**So ORDERED and SIGNED this 30th day of January, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE